**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          21 CR. 262 (RMB)
   -against-

                                                          **ORDER**

JASON GARCIA,
                Defendant.
------------------------------------------------------------X

      The status conference scheduled for Tuesday, March 15, 2022 at 12:30 PM has been adjourned to 12:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: March 9, 2022
       New York, NY

                                                        _____
                                                            RICHARD M. BERMAN
                                                               U.S.D.J.