UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

    -against-

JASON GARCIA,
               Defendants.
------------------------------------------------------------X

21 CR. 262 (RMB)

**ORDER**

    The status conference scheduled for Tuesday, April 19, 2022 at 12:00 PM is hereby rescheduled for Thursday, May 5, 2022 at 10:30 AM.

    In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: April 8, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.