UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

           21 CR. 262 (RMB)

   -against-

**ORDER**

JASON GARCIA,
                Defendants.
------------------------------------------------------------X

     In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, June 9, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: June 1, 2022
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.