**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

JASON GARCIA,
                Defendant.
------------------------------------------------------------X

20 CR. 262 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, July 7, 2022 at 12:00 PM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 0262

Dated: June 29, 2022
       New York, NY

                                        _____
                                           RICHARD M. BERMAN
                                                U.S.D.J.