# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

August 29, 2022

VIA ELECTRONIC FILING

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Jason Garcia, 21 cr. 262 (RMB)*

> Application granted. Conference adjourned to Tuesday, September 12, 2022 at 2:30 PM.
>
> SO ORDERED:
> Date: 8/30/22
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

     I represent Jason Garcia in the above-referenced matter. I request an adjournment of the September 7, 2022, status conference[1] for approximately one week. This is my third request for an adjournment.

     Mr. Garcia is being held without bail at the Metropolitan Detention Center (MDC). My paralegal and I have visited Mr. Garcia six times since the last conference. During the same period, we reviewed his discovery with him. During the same period, the Government sent the Defense a plea agreement. I had the document translated into Spanish and mailed him a copy.[2] I discussed the plea agreement with Mr. Garcia, with the help of a Spanish language translator. Mr. Garcia has requested additional time to consider the Government's plea offer. I am available every day during the week of September 12th, except Thursday, September 15th. I request a one-week adjournment of the September 7, 2022, status conference. I have the consent of the Government for this request.

     Please contact me if you have any questions or concerns.

Sincerely,

---

[1] Mr. Garcia will plead guilty at the next status conference or request a trial date.
[2] Mr. Garcia has acknowledged receipt of the translated plea agreement.

1

s/Marlon G. Kirton
Marlon G. Kirton, Esq.


cc: Matthew Shahabian, Assistant United States Attorney (via electronic mail)