**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

  -against-

JASON GARCIA,
     Defendant.
------------------------------------------------------------X

21 CR. 262 (RMB)

**<u>ORDER</u>**

  The plea proceeding previously scheduled for Monday, September 12, 2022 at 2:00 pm is hereby rescheduled to 2:45 pm.

Dated: September 9, 2022
    New York, NY

                _____
                 RICHARD M. BERMAN
                    U.S.D.J.