**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JASON GARCIA,
                Defendant.
------------------------------------------------------------X

21 CR. 262 (RMB)

**ORDER**

      The plea proceeding previously scheduled for Monday, September 12, 2022 at 2:45 PM is hereby rescheduled to Thursday, September 29, 2022 at 11:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 411 244 787#

Dated: September 19, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.