**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                       21 CR. 262 (RMB)

 -against-

                       **ORDER**

JASON GARCIA,
     Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, October 13, 2022 at 9:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

  Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 161 681 574#

Dated: October 6, 2022
   New York, NY

                     _____
                       RICHARD M. BERMAN
                          U.S.D.J.