**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    21 CR. 262 (RMB)

   -against-

                                                    **ORDER**

JASON GARCIA,
                Defendant.
------------------------------------------------------------X

The plea proceeding previously scheduled for Thursday, October 13, 2022 at 9:00 AM is hereby rescheduled to Wednesday, October 19, 2022 at 9:00 AM. The proceeding will be held in Courtroom 17B.

Dated: October 12, 2022
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.