**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

    -against-

JASON GARCIA,
               Defendant.
------------------------------------------------------------X

21 CR. 262 (RMB)

**<u>ORDER</u>**

      The plea proceeding previously scheduled for Wednesday, October 19, 2022 at 9:00 AM is hereby rescheduled to Tuesday, November 1, 2022 at 12:30 PM. The proceeding will be held in Courtroom 17B.

Dated: October 17, 2022
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                     U.S.D.J.