# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

February 5, 2023

VIA ELECTRONIC FILING

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Jason Garcia*, 21 cr. 262 (RMB)

Dear Judge Berman:

    I represent Jason Garcia in the above-referenced matter. I request an adjournment of the February 7, 2023, sentencing hearing. I request a date during the week of April 10th. This is my first request for an adjournment of the sentencing hearing.

    I have been ill for a few weeks.[1] Today is the first day that I am well enough to do some substantive work. I need additional time to prepare for my client's sentencing.[2] My client is incarcerated at the MDC. I have not been able to visit him over the past few weeks. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

---

**Stamped order (handwritten):** Sentence is adjourned to April 11, 2023 at 10:00am. Defense submission is due 3/21/23. Government submission is due 3/28/23.

SO ORDERED:
Date: 2/6/23
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 2/6/23

---

[1] I had significant pain in my neck, shoulder, and back since February 18, 2023. It was from a sports-related injury. I have been seeking medical treatment since February 20, 2023. I am currently in physical therapy. I'm still in pain in the affected areas.

[2] I have also consulted with a mental health expert. Mr. Garcia has significant mental health issues, and our expert will need time to prepare a report.

1