**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                        Government,            :          21 CR. 262 (RMB)
                                               :
            - against -                        :          **ORDER**
                                               :
JASON GARCIA,                                  :
                                               :
                        Defendant.             :
------------------------------------------------------------x

       The sentencing scheduled for Tuesday, April 11, 2023 at 10:00 A.M. will take place in Courtroom 17B.


Dated: April 5, 2023
     New York, NY


_____
     RICHARD M. BERMAN
       U.S.D.J.