# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

May 10, 2023

VIA ELECTRONIC FILING

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Jason Garcia, 21 cr. 262 (RMB)*



Extension granted.

SO ORDERED:
Date: 5/11/23
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

    I represent Jason Garcia in the above-referenced matter. I request an extension to May 16, 2023, to file the Defense mitigation report. I am not requesting an adjournment of the sentencing hearing scheduled for May 24, 2023.

    This Court, at the request of the Defense, set May 10, 2023, to file a mitigation report.[1] The Defense mitigation expert needs a few additional days to complete the report. The expert conducted two (2) interviews with Mr. Garcia and has reviewed documents relevant to his case. He needs until May 16, 2023, to complete his report. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

---

[1] The Government and the Defense submitted a sentencing memorandum last month.

1

cc: Matthew Shahabian, Assistant United States Attorney (via electronic mail)