**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                Government,       :     21 CR. 262 (RMB)
                                                   :
      - against -                                 :     **ORDER**
                                                   :
JASON GARCIA,                                      :
                                                   :
                Defendant(s).     :
-----------------------------------------------------------------x

The sentencing scheduled for Wednesday, June 7, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: May 31, 2023
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.