**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                                         :
                                                                  :
                Government,          :          21 CR. 262 (RMB)
                                                                  :
      - against -                                         :          **ORDER**
                                                                  :
                                                                  :
JASON GARCIA,                                                     :
                                                                  :
                Defendant.          :
------------------------------------------------------------------x

        The supervised release hearing scheduled for Wednesday, December 17, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: December 10, 2025
      New York, NY

                                 _Richard M. Berman_
                                   RICHARD M. BERMAN
                                       U.S.D.J.