**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                             :

                          Government,        :        21 CR. 262 (RMB)

                                             :

            - against -                      :        **ORDER**

                                             :

                                             :

JASON GARCIA,                                :

                                             :

                          Defendant.         :

------------------------------------------------------------------x


      The supervised release hearing scheduled for Tuesday, January 6, 2026 at 1:00 P.M. will take place in Courtroom 17B.


Dated: December 29, 2025
     New York, NY


_____
         **RICHARD M. BERMAN**
            **U.S.D.J.**