**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                                    Government,    :        21 Cr. 262 (RMB)
                                                   :
                - against -                        :        **ORDER**
                                                   :
                                                   :
JASON GARCIA,                                      :
                                                   :
                                    Defendant.     :
-------------------------------------------------------------x


      The supervised release hearing scheduled for February 5, 2026 at 12:00 P.M. will take place in Courtroom 17B.


Dated: January 29, 2026
      New York, NY


_____
**RICHARD M. BERMAN**
**U.S.D.J.**