**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                            Government,            :        21 Cr. 262 (RMB)
                                                   :
            - against -                            :        **ORDER**
                                                   :
                                                   :
JASON GARCIA,                                      :
                                                   :
                            Defendant.             :
------------------------------------------------------------x


     The supervised release hearing scheduled for February 24, 2026 at 2:00 P.M. will take place in Courtroom 17B.


Dated: February 14, 2026
      New York, NY


_____
**RICHARD M. BERMAN**
**U.S.D.J.**