**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                       Government,          :          21 Cr. 262 (RMB)

      - against -                         :          **ORDER**

JASON GARCIA,                                :

                       Defendant.          :
----------------------------------------------------------------x

The supervised release hearing previously scheduled for February 24, 2026 at 2:00 P.M.

is rescheduled to March 2, 2026 at 11:30 A.M in Courtroom 17B.

Dated: February 25, 2026
     New York, NY

                                           **RICHARD M. BERMAN**
                                               **U.S.D.J.**