**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                            :

            Government,       :     21 Cr. 262 (RMB)

                            :

      - against -              :     **ORDER**

                            :

                            :

JASON GARCIA,               :

                            :

            Defendant.        :

---------------------------------------------------------------x

      The supervised release hearing previously scheduled for March 2, 2026 at 11:30 A.M. is hereby rescheduled to March 3, 2026 at 1 P.M. in Courtroom 17B.

Dated: March 2, 2026
      New York, NY

                                   _____

                                     **RICHARD M. BERMAN**
                                        **U.S.D.J.**