**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                  Government,           :       21 CR. 262 (RMB)
                                            :
     - against -                          :       **ORDER**
                                            :
                                            :
JASON GARCIA,                               :
                                            :
                  Defendant.           :
---------------------------------------------------------------x

      The supervised release hearing scheduled for Thursday, May 21, 2026 at 9:00 A.M. will take place in Courtroom 17B.

Dated: May 13, 2026
       New York, NY

                         _____

                         RICHARD M. BERMAN
                            U.S.D.J.