**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
Government, : 21 CR. 262 (RMB)
:
- against - : **ORDER**
:
JASON GARCIA, :
:
Defendant. :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, November 17, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: November 12, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**