UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Jason Garcia,

Defendant.

**ORDER**

**SUPERVISED RELEASE**

**21-CR-262**

For the reasons set forth in the record of the Supervised Release hearing held on November 17, 2026, the conditions of Supervised Release also include the following "special" conditions:

(i) The defendant shall participate in an inpatient/residential substance abuse treatment program (currently Promesa) approved by the United States Probation Office and on consent, for a period of **twelve (12) months**, and effective immediately or until the Probation Office in collaboration with the defendant and the treatment provider successfully complete the substance abuse treatment. This Program shall include testing to determine whether the defendant is using drugs or alcohol.

(ii) The defendant shall continue to participate in out-patient treatment as directed by the Probation Office following the completion of inpatient/residential substance abuse treatment. This treatment program shall also include testing to determine whether the defendant has reverted to using drugs or alcohol.

Dated: November 17, 2026
New York, New York

RMB

Honorable Richard M. Berman
Senior U.S. District Judge